# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Carlos Marsh<br><br>v.   Plaintiff(s)<br><br>2042 Town Square West, LLC; 8454 Stellar Drive, LLC; Goodwill Industries of Southern California<br><br>Defendant(s). | CASE NUMBER:<br><br>2:19-cv-10717-SVW-JEM<br><br>NOTICE OF<br>MEDIATION DATE |
|---|---|

YOU ARE HEREBY NOTIFIED THAT THE PANEL MEDIATOR HAS SCHEDULED A MEDIATION IN THE ABOVE-CAPTIONED CASE

for April 16, 2020    at 9:30    ☑ a.m. / ☐ p.m.

**LOCATION:** USDC 350 W. 1st Street, Los Angeles, CA 90012  4th Floor (ADR Suite - Room 4159)

> **The mediation session must be completed and an ADR-03 Report must be filed on or before the Court-ordered completion date.**

Continuances are not favored and can only be granted by the Mediator up to the Court-ordered completion date. Absent extraordinary circumstances, parties cannot request a continuance within three (3) business days of a scheduled mediation.

**Dated:** March 9, 2020

**Panel Mediator:** Jean M. Lawler
**Address:** Lawler ADR Services, LLC
106 Standard Street
El Segundo, CA 90245
**Phone:** 310-683-4332