CENTER FOR DISABILITY ACCESS
Ray Ballister Jr., Esq., SBN 111282
Phyl Grace, Esq., SBN 171771
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
phylg@potterhandy.com

Attorneys for Plaintiff, CARLOS MARSH

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS MARSH,<br><br>      Plaintiff,<br>   v.<br><br>2042 TOWN SQUARE WEST LLC, a California Limited Liability Company; 8454 Steller Drive, LLC, a California Limited Liability Company; GOODWILL INDUSTRIES OF SOUTHERN CALIFORNIA, a California Nonprofit Corporation; and Does 1-10,<br><br>      Defendants. | Case No.: 2:19-cv-10717-SVW-JEM<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO VACATE ALL CURRENTLY SET DATES** |

   The plaintiff hereby notifies the court that a global settlement has been reached in the above-captioned case and the parties would like to avoid any additional expense, and to further the interests of judicial economy.

   The plaintiff, therefore, applies to this Honorable Court to vacate all currently set dates with the expectation that the Joint Stipulation for Dismissal with prejudice as to all parties will be filed within 60 days.

                                CENTER FOR DISABILITY ACCESS

Dated: April 17, 2020          By: /s/ Phyl Grace
                                    Phyl Grace
                                    Attorney for Plaintiff