UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS MARSH,<br><br>    Plaintiff,<br> v.<br><br>2042 TOWN SQUARE WEST LLC, a California Limited Liability Company; 8454 Steller Drive, LLC, a California Limited Liability Company; GOODWILL INDUSTRIES OF SOUTHERN CALIFORNIA, a California Nonprofit Corporation; and Does 1-10,<br><br>    Defendants. | Case No.: 2:19-cv-10717-SVW-JEM<br><br>**ORDER** |

### **ORDER**

The Court hereby vacates all currently set dates, with the expectation that the parties will file a Joint Stipulation for Dismissal within 60 days.

**IT IS SO ORDERED.**

Dated: _____     _____

                            HONORABLE STEPHEN V. WILSON
                            United States District Judge