CENTER FOR DISABILITY ACCESS
Russell Handy, Esq., SBN 195058
Dennis Price, Esq., SBN 279082
Amanda Lockhart Seabock, Esq., SBN 289900
8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

CENTRAL  DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS MARSH,<br><br>        Plaintiff,<br><br>   v.<br><br>2042 TOWN SQUARE WEST LLC, a California Limited Liability Company; 8454 STELLER DRIVE, LLC, a California Limited Liability Company; GOODWILL INDUSTRIES OF SOUTHERN CALIFORNIA, a California Nonprofit Corporation; and Does 1-10,<br>        Defendants. | **Case No**. 2:19-cv-10717-SVW-JEM<br><br>**NOTICE OF APPEARANCE OF COUNSEL** |

Please take notice that Amanda Lockhart Seabock of the firm Center for Disability Access, 8033 Linda Vista Road, Suite 200, San Diego, CA 92111, hereby appears as counsel on behalf of Plaintiff CARLOS MARSH. All pleadings and other documents served on CARLOS MARSH should also be directed to the attention of Amanda Lockhart Seabock.


Dated: June 05, 2020                    CENTER FOR DISABILITY ACCESS


                                        By: /s/ Amanda Lockhart Seabock
                                            Amanda Lockhart Seabock
                                            Attorney for Plaintiff

1