1  CENTER FOR DISABILITY ACCESS
   Ray Ballister Jr., Esq., SBN 111282
2  Russell Handy, Esq., SBN 195058
   Dennis Price, Esq., SBN 279082
3  Amanda Seabock, Esq., SBN 289900
   8033 Linda Vista Road, Suite 200
4  San Diego, CA 92111
   (858) 375-7385; (888) 422-5191 fax
5  AmandaS@potterhandy.com
   Attorneys for Plaintiff
6
   Angela G. Kim, ESQ., SB#176809
7  akim@ericksenarbuthnot.com
   Archie Chin, ESQ., SB#140331
8  achin@ericksenarbuthnot.com
   ERICKSEN ARBUTHNOT
9  835 Wilshire Blvd., Suite 500
   Los Angeles, CA 90017-2603
10 (213) 489-4411
   (213) 489-4332/Fax
11 Attorneys for Defendant
   Goodwill Industries of Southern California; 2042 Town
12 Square West LLC and 8454 Steller Drive, LLC

13

14                    UNITED STATES DISTRICT COURT
15                   CENTRAL DISTRICT OF CALIFORNIA

16  CARLOS MARSH,                          )  Case No.: 2:19-cv-10717-SVW-JEM
17          Plaintiff,                     )
                                           )  **JOINT STIPULATION FOR**
18      v.                                 )  **DISMISSAL PURSUANT TO**
                                           )  **F.R.C.P. 41 (a)(1)(A)(ii)**
19  2042 TOWN SQUARE WEST LLC, a           )
    California Limited Liability Company;  )
20  8454 STELLER DRIVE, LLC, a California  )
    Limited Liability Company;             )
21  GOODWILL INDUSTRIES OF                 )
    SOUTHERN CALIFORNIA, a California      )
22  Nonprofit Corporation; and Does 1-10,  )
             Defendants.                   )

Pursuant to F.R.CIV.P.41 (a)(1)(A)(ii), IT IS STIPULATED by and between the parties hereto that this action may be dismissed with prejudice as to all parties; each party to bear his/her/its own attorneys' fees and costs. This stipulation is made as the matter has been resolved to the satisfaction of all parties.

Dated: June 5, 2020　　　　CENTER FOR DISABILITY ACCESS

By: /s/ Amanda Lockhart Seabock
　　　Amanda Lockhart Seabock
　　　Attorneys for Plaintiff

Dated: June 5, 2020　　　　ERICKSEN ARBUTHNOT

By: /s/ Archie Chin
　　　Archie Chin
　　　Attorney for Defendant
　　　Goodwill Industries of Southern California; 2042 Town Square West LLC and 8454 Steller Drive, LLC

## SIGNATURE CERTIFICATION

I hereby certify that the content of this document is acceptable to Archie Chin, counsel for 2042 Town Square West LLC; 8454 Steller Drive, LLC and Goodwill Industries of Southern California, and that I have obtained authorization to affix his electronic signature to this document.

Dated: June 5, 2020                    CENTER FOR DISABILITY ACCESS

                                          By: /s/ Amanda Lockhart Seabock
                                                  Amanda Lockhart Seabock
                                                  Attorneys for Plaintiff